| | |
|---|---|
| 1  THOMAS P. O'BRIEN<br>   United States Attorney | JS-6 |
| 2  LEON W. WEIDMAN<br>   Assistant United States Attorney | |
| 3  Chief, Civil Division<br>   KATHERINE R. LOO | |
| 4  Special Assistant United States Attorney<br>   California State Bar 162029 | |
| 5     333 Market Street, Suite 1500<br>       San Francisco, California  94105 | |
| 6     Tel:  (415) 977-8927<br>       Fax:  (415) 744-0134 | |
| 7     Email:  Katherine.Loo@ssa.gov | |
| 8  Attorneys for defendant Michael J. Astrue,<br>       Commissioner of Social Security | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCES RIGGIO, | ) | No.  CV-08-2629-OP |
| | ) | |
| Plaintiff, | ) | **JUDGMENT OF REMAND** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2 above-captioned action is remanded to the Commissioner of Social
3 Security for further proceedings consistent with the Stipulation for Remand.
4   DATED: January 6, 2009

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant